Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

**United States Patent and Trademark Office**

Reg. No. 2,571,432
Registered May 21, 2002

## TRADEMARK
## PRINCIPAL REGISTER

### BLACK JACK STOUT

DUCLAW BREWERY, LLC (MARYLAND LIMITED LIABILITY COMPANY)
502 WASHINGTON AVENUE, SUITE 200
TOWSON, MD 21204

FOR: BEER, ALE AND PORTER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 11-0-1998; IN COMMERCE 11-0-1998.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STOUT", APART FROM THE MARK AS SHOWN.

SER. NO. 76-314,730, FILED 9-20-2001.

COLLEEN HALLORAN, EXAMINING ATTORNEY

Exhibit A