# ROBINSON|ROBINSON LLC
## ATTORNEYS AT LAW

George S. Robinson, IV (MD & MA)
grobinson@2rlaw.com

July 8, 2014

**VIA ECF ONLY**

The Honorable Stephanie A. Gallagher
United States Magistrate Judge
UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
101 West Lombard Street
Baltimore, Maryland   21201

RE:   **DuClaw Brewery, LLC v. Left Hand Brewing Company, Inc.**
      **Civil No. SAG-14-908**

Dear Judge Gallagher:

Pursuant to your Order dated June 30, 2014, counsel of record for both parties discussed the need to set a trial date at this juncture. Both parties are in agreement that we would like to defer setting a trial date at this time as we intend to engage in substantive settlement discussions within this month of July.

Depending upon the outcome of these settlement discussions, the parties would like to revisit the request in Your Honor's Order to submit a joint letter indicating a trial date and the potential length of the trial.

Respectfully submitted,

/s/

George S. Robinson, IV
Counsel for DuClaw

cc: Christopher D. Olszyk, Jr, Counsel for Left Hand.